UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA, | No. 2:23-cv-0164 DB P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. A review of the docket in this matter indicates that plaintiff has another civil action pending in Garcia v. Allison, 2:22-cv-1051 KJM CKD (E.D. Cal.), in which plaintiff was directed to file an amended complaint within 30 days of the court's December 28, 2022, order. (See ECF No. 14.) It appears that plaintiff's complaint[1] was opened as a new separate civil action in the instant case due to a clerical error. Therefore, the undersigned finds that plaintiff's complaint should have been filed as an amended complaint in his earlier filed action in Garcia v. Allison, 2:22-cv-1051 KJM CKD (E.D. Cal.).

Also pending before the court is plaintiff's motion for stay. (ECF No. 8.) In support of his motion for stay, plaintiff stated that he had been transferred to California Health Care Facility

---

[1] Plaintiff checked the box marked "Original Complaint" rather than the box marked "First Amended Complaint" on the first page of the complaint filed in this action. (ECF No. 1 at 1.)

1

(CHCF) and did not yet have access to his property. (Id.) An identical filing was made in plaintiff's earlier filed action, Garcia v. Allison, 2:22-cv-1051 KJM CKD (E.D. Cal.). The magistrate judge assigned to that action construed plaintiff's motion for stay as a request for an extension of time and granted plaintiff additional time to file an amended complaint. Because this action will be closed and the magistrate in plaintiff's earlier filed case has already ruled on the motion for stay, the undersigned will deny the motion for stay as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for stay (ECF No. 8) is denied as moot.

2. The Clerk of Court is directed to file a copy of plaintiff's complaint (ECF No. 1) in Garcia v. Allison, 2:22-cv-1051 KJM CKD (E.D. Cal.), his earlier filed civil rights action.

3. Plaintiff's motion to proceed in forma pauperis (ECF No. 4) is denied as moot.

4. The instant action is closed as it was opened in error.

Dated: July 7, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/garc0164.trans.close